**Opinion issued December 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-13-00751-CR

———————

### CHRISTOPHER DAIDE LEVERON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1360798

## MEMORANDUM OPINION

Counsel for appellant, Christopher Daide Leveron, has filed a motion to dismiss the appeal. The motion attaches a letter signed by appellant indicating he no longer wishes to pursue this appeal, which we find in compliance with Texas

Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).